# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DANIEL HOAGLAND,

           Plaintiff,

   v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

           Defendant.
_____/

CASE NO. 1:12-cv-00973-SMS

ORDER AUTHORIZING
SERVICE OF COMPLAINT

      On July 6, 2012, Plaintiff Daniel Hoagland submitted an amended complaint in this matter.  The Court, having screened the amended complaint pursuant to 28 U.S.C. § 1915(a), finds that it states a cognizable claim and that  service of the complaint upon the Commissioner is now appropriate. Accordingly, the Clerk of Court is hereby directed to issue the summons and scheduling order.

IT IS SO ORDERED.

**Dated:    July 10, 2012         **           _____/s/ Sandra M. Snyder_____
                                  UNITED STATES MAGISTRATE JUDGE