BENJAMIN B. WAGNER  
United States Attorney  
GRACE M. KIM  
Regional Chief Counsel, Region IX  
Social Security Administration  
LYNN M. HARADA, CSBN 267616  
Special Assistant United States Attorney  
    160 Spear Street, Suite 800  
    San Francisco, California 94105  
    Telephone: (415) 977-8977  
    Facsimile: (415) 744-0134  
    E-Mail: Lynn.Harada@ssa.gov  

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| DANIEL HOAGLAND, ) <br> ) <br>     Plaintiff, ) <br> ) <br>         v. ) <br> ) <br> CAROLYN W. COLVIN, ) <br> Acting Commissioner of ) <br> Social Security,[1] ) <br> ) <br>     Defendant. ) | CIVIL NO.: 1:12-CV-00973-SMS <br><br> STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended 30 days from March 29, 2013, to April 29, 2013. This is Defendant's first request for an extension of time to

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

respond to Plaintiff's motion. Defendant needs the additional time to further review the file and prepare a response in this matter due to a heavy workload and pre-approved leave, despite due diligence.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

                                                Respectfully submitted,

Dated: March 29, 2013          /s/ *Marc V. Kalagian*
                                          (As authorized by phone on 3/29/13)
                                          MARC V. KALAGIAN
                                          Attorney for Plaintiff

Dated: March 29, 2013          BENJAMIN B. WAGNER
                                          United States Attorney
                                          GRACE M. KIM
                                          Regional Chief Counsel, Region IX
                                            Social Security Administration

                                  By:     */s/ Lynn M. Harada*
                                            LYNN M. HARADA
                                            Special Assistant United States Attorney

                                              Attorneys for Defendant

                                              <u>ORDER</u>

APPROVED AND SO ORDERED:

Dated: 4/1/2013                  /s/ SANDRA M. SNYDER
                                          THE HONORABLE SANDRA M. SNYDER
                                            United States Magistrate Judge