BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8977
    Facsimile: (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| DANIEL HOAGLAND,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,[1]<br><br>    Defendant. | CIVIL NO.: 1:12-CV-00973-SMS<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended 30 days from March 29, 2013, to April 29, 2013. This is Defendant's first request for an extension of time to

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1 respond to Plaintiff's motion. Defendant needs the additional time to further review the file and prepare

2 a response in this matter due to a heavy workload and pre-approved leave, despite due diligence.

3     The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

4     Counsel apologizes to the Court for any inconvenience caused by this delay.

 

                Respectfully submitted,

Dated: March 29, 2013       /s/ *Marc V. Kalagian*
                (As authorized by phone on 3/29/13)
                MARC V. KALAGIAN
                Attorney for Plaintiff

Dated: March 29, 2013       BENJAMIN B. WAGNER
                United States Attorney
                GRACE M. KIM
                Regional Chief Counsel, Region IX
                Social Security Administration

          By:    */s/ Lynn M. Harada*
                LYNN M. HARADA
                Special Assistant United States Attorney

                Attorneys for Defendant

                <u>ORDER</u>

APPROVED AND SO ORDERED:

Dated: 4/1/2013             /s/ SANDRA M. SNYDER
                THE HONORABLE SANDRA M. SNYDER
                United States Magistrate Judge